AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 5/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4194
San Diego, CA 92101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | City of San Diego Pension | $48,732.71 |
| 2. | 2017 | California State Judges Retirement | $100,290.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | California State Judges Retirement |
| 2. | 2017 | PDR Corp. - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | | None | J | T | | | | | |
| 2. FISERV | | None | M | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | E | Rent | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA (H) | | | | | | | | | |
| 9. -MS Bank Account | A | Interest | J | T | | | | | |
| 10. -Mutual Funds: | | | | | | | | | |
| 11. --AQR Managed Futures Strategy I | | None | K | T | | | | | |
| 12. --Cambiar Intl Equity Inv | A | Dividend | L | T | Sold (part) | 07/07/17 | J | A | |
| 13. --Causeway Emerging Mkts Inst | B | Dividend | L | T | Sold (part) | 07/07/17 | J | B | |
| 14. --Center Coast MLP Focus I | C | Dividend | K | T | | | | | |
| 15. --Delaware Value Instl | A | Dividend | K | T | Sold (part) | 06/22/17 | J | B | |
| 16. | | | | | Sold (part) | 07/07/17 | K | C | |
| 17. --Edgewood Growth Instl | | None | L | T | Sold (part) | 06/22/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Goldman Sachs Multi Mgr Alt I | | None | L | T | | | | | |
| 19. --Harding Loevner Intl Eqty Inst | A | Dividend | L | T | Sold (part) | 07/07/17 | J | B | |
| 20. --Hartford Midcap I | | None | K | T | Sold (part) | 07/07/17 | J | A | |
| 21. --Hartford Small Cap Growth I | | None | K | T | Buy | 12/27/17 | K | | |
| 22. --John Hancock Seaport I | | None | K | T | | | | | |
| 23. --JPMorgan Value Advantage I | A | Dividend | L | T | Buy | 06/22/17 | L | | |
| 24. --Lazard Intl Strat Eq Ptf Inst | A | Dividend | L | T | | | | | |
| 25. --Loomis Growth Y | A | Dividend | L | T | Buy | 06/22/17 | L | | |
| 26. --Lyrical US Value Equity Inst | A | Dividend | K | T | Sold (part) | 06/22/17 | K | D | |
| 27. --Matthews Asian Japan Inv | A | Dividend | K | T | | | | | |
| 28. --Neuberger Intrinsic Value Inst | | None | K | T | Sold (part) | 07/07/17 | J | A | |
| 29. --Nuance Mid Cap Value Instnl | A | Dividend | K | T | Sold (part) | 07/07/17 | J | A | |
| 30. --Riverpark/Wedgewood Inst | | None | | | Sold | 06/22/17 | L | | |
| 31. --Touchstone Small Cap Growth Y | | None | | | Sold | 06/22/17 | J | | |
| 32. TRUST #2 (MS Brokerage Account) (H) | | | | | | | | | |
| 33. -Common Stocks | | | | | | | | | |
| 34. --Apple Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --EXAS stock (common) | | None | K | T | | | | | |
| 36. --Facebook Inc | | None | K | T | | | | | |
| 37. --Tocagen Inc | | None | | | Buy | 04/17/17 | J | | |
| 38. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 39. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 40. | | | | | Sold | 12/15/17 | K | | |
| 41. -Municipal Bonds: | | | | | | | | | |
| 42. --Banning CA Util Auth Wastew | B | Interest | L | T | | | | | |
| 43. --Galt Schs Jt Pwrs Auth | B | Interest | L | T | | | | | |
| 44. --Liberty Calif Un High Sch Dist Ref | B | Interest | K | T | | | | | |
| 45. --CA St Pub Wks Brd Lease Rev | B | Interest | K | T | | | | | |
| 46. --CA St Genl Oblig Ref ▓ | A | Interest | | | Redeemed (part) | 01/04/17 | J | | |
| 47. | | | | | Redeemed (part) | 03/17/17 | J | A | |
| 48. | | | | | Redeemed | 05/04/17 | K | A | |
| 49. --CA St Genl Oblig Ref ▓ | A | Interest | | | Redeemed (part) | 01/04/17 | J | | |
| 50. | | | | | Redeemed (part) | 03/17/17 | J | A | |
| 51. | | | | | Redeemed | 05/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Foothill-De Anza Calif Cmnty College Di Oid | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 53. --CA Health Facs Fing Auth Rev Ser-D | B | Interest | L | T | | | | | |
| 54. --Los Angeles Community College Dist Ser-G | B | Interest | K | T | | | | | |
| 55. --Montebello Calif Uni Sch Dis Oid | B | Interest | L | T | | | | | |
| 56. --Chula Vista Calif Ctfs Part Rev Ref | B | Interest | L | T | | | | | |
| 57. --El Centro Calif Fing Auth Wtr Rev Ref-A | B | Interest | L | T | | | | | |
| 58. --California St For Previous Issues See 13 | B | Interest | K | T | Buy | 02/09/17 | K | | |
| 59. --Hayward Calif Uni Sch Dis Oid | B | Interest | K | T | Buy | 05/23/17 | K | | |
| 60. -Corporate Bonds | | | | | | | | | |
| 61. --Bank of America Corp 6.1% Fixed | C | Dividend | L | T | | | | | |
| 62. --Citigroup Inc 6.3% Fixed Div | C | Dividend | L | T | | | | | |
| 63. --ETrade Financial Corp 5.875% | C | Int./Div. | L | T | | | | | |
| 64. -Mutual Funds | | | | | | | | | |
| 65. --Catalyst Millburn Hgd Strat C | B | Distribution | L | T | Buy | 09/18/17 | L | | |
| 66. --John Hancock Intl Growth C | | None | J | T | Buy (add'l) | 12/19/17 | J | | |
| 67. --Principal Glb Divers Inc C | B | Dividend | K | T | | | | | |
| 68. -MS Bank Acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #3 (MS Brokerage Account) (H) | | | | | | | | | |
| 70. -MS Bank account | A | Interest | J | T | | | | | |
| 71. -Preferred stocks: | | | | | | | | | |
| 72. --Aegon | A | Int./Div. | | | Sold | 09/25/17 | J | A | |
| 73. --Alabama Power Co 5% | | None | J | T | Buy | 09/20/17 | J | | |
| 74. --Alexandria Real Estate | A | Dividend | | | Sold | 04/17/17 | J | | |
| 75. --Allstate Corp | A | Dividend | J | T | | | | | |
| 76. --Allstate Corp 6.625%-E | A | Dividend | J | T | Buy (add'l) | 04/20/17 | J | | |
| 77. --Allstate Corp Dep | A | Dividend | J | T | | | | | |
| 78. --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | | | | | |
| 79. --Arch Cap Grp | A | Dividend | | | Sold | 04/21/17 | J | | |
| 80. --Arch Cap Group Ltd 5.45% | | None | J | T | Buy | 08/28/17 | J | | |
| 81. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 82. --Axis Cap Holdings Ltd 5.5%-E | A | Dividend | J | T | | | | | |
| 83. --Axis Capital Hldgs Ltd 5.5%-D | A | Dividend | J | T | | | | | |
| 84. --Bank New York Mellon | A | Dividend | J | T | Sold (part) | 09/26/17 | J | A | |
| 85. --Bank of America | A | Dividend | | | Sold | 07/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Bank of America Corp 6%-EE | A | Dividend | J | T | | | | | |
| 87. --Bank of America Corp 6.2%-CC | A | Dividend | J | T | Buy (add'l) | 07/06/17 | J | | |
| 88. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 89. --Bank of America Corp 6.5%-Y | A | Dividend | K | T | | | | | |
| 90. --Bank of America Corp 6.625%-W | A | Dividend | J | T | | | | | |
| 91. --BB&T Corp 5.20%-G | A | Dividend | J | T | | | | | |
| 92. --BB&T Corp 5.2%-F | A | Dividend | J | T | | | | | |
| 93. --BB&T Corporation 5.625 Ser-E | A | Dividend | J | T | Sold (part) | 04/19/17 | J | A | |
| 94. | | | | | Sold (part) | 09/20/17 | J | | |
| 95. | | | | | Sold (part) | 09/21/17 | J | A | |
| 96. | | | | | Sold (part) | 12/19/17 | J | A | |
| 97. --BB&T Corporation 5.65%-H | A | Dividend | J | T | | | | | |
| 98. --BB&T Corporation 5.85% | A | Dividend | | | Sold | 09/28/17 | J | A | |
| 99. --Capital One 6.25%-C | A | Dividend | J | T | | | | | |
| 100. --Capital One Financial 6%-B | A | Dividend | | | Sold (part) | 09/20/17 | J | A | |
| 101. | | | | | Sold (part) | 09/26/17 | J | A | |
| 102. | | | | | Sold | 12/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Capital One Financial Co 6%-H | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 104. --Capital One Finl Corp 6.20%-F | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 105. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 106. --Capital One Finl Corp 6.70% Ser-B | A | Dividend | J | T | Buy (add'l) | 04/20/17 | J | | |
| 107. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | Buy (add'l) | 07/06/17 | J | | |
| 108. --Charles Schwab Corp 6% Ser-B | A | Dividend | | | Sold | 07/11/17 | J | A | |
| 109. --Citigroup Inc 5.80% Series C | A | Dividend | J | T | Buy (add'l) | 04/20/17 | J | | |
| 110. --Citigroup Inc 6.875%-K | A | Dividend | J | T | | | | | |
| 111. --Citigroup Inc 6.875%-L | A | Dividend | J | T | | | | | |
| 112. --Citigrp Inc 7.125%-J | A | Dividend | J | T | | | | | |
| 113. --DDR Corp Cl A | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 114. --Digital Realty | A | Dividend | J | T | | | | | |
| 115. --Digital Realty Trust 7.375%-H | A | Dividend | J | T | | | | | |
| 116. --Federal Rlty Invt 5% Cum Ser C | | None | J | T | Buy | 10/04/17 | J | | |
| 117. --First Republic Bank 5.125% | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 118. --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | | | | | |
| 119. --Goldman Sachs Group | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Goldman Sachs Grp Inc 5.95%-I | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 121.  --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | | | | | |
| 122.  --Hospitality Pptys TR PFD-D | A | Dividend | | | Sold | 02/10/17 | J | | |
| 123.  --Ing Group NV 06.375 | | None | | | Sold | 02/02/17 | J | A | |
| 124.  --JPMorgan Chase & Co 5.45%-P | A | Dividend | J | T | Sold (part) | 12/21/17 | J | A | |
| 125.  --JPMorgan Chase & Co 5.5%-O | A | Dividend | | | Sold | 07/17/17 | J | A | |
| 126.  --JPMorgan Chase & Co 6.125%-Y | A | Dividend | J | T | Buy (add'l) | 04/20/17 | J | | |
| 127.  --JPMorgan Chase & Co 6.15% BB | A | Dividend | J | T | | | | | |
| 128.  --JPMorgan Chase & Co 6.3%-W | A | Dividend | J | T | | | | | |
| 129.  --JPMorgan Chase & Co 6.70%-T | A | Dividend | J | T | | | | | |
| 130.  --Keycorp 6.125% Ser-E | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 131. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 132. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 133.  --Kimco Realty Corp 5.125% | A | Dividend | J | T | Buy | 08/21/17 | J | | |
| 134.  --Kimco Realty | A | Dividend | J | T | Sold (part) | 04/21/17 | J | A | |
| 135.  --Morgan Stanley 5.85% | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 136.  --Morgan Stanley 6.625%-G | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Morgan Stanley 6.875%-F | A | Dividend | J | T | | | | | |
| 138. --Morgan Stanley 7.125%-E | A | Dividend | J | T | Buy (add'l) | 04/20/17 | J | | |
| 139. --Morgan Stanley Ser-A | A | Dividend | | | Sold | 04/20/17 | J | A | |
| 140. --National Retail Prop 5.7%-E | A | Dividend | J | T | | | | | |
| 141. --National Retail Prop 6.625% | A | Dividend | | | Sold | 02/23/17 | J | | |
| 142. --National Retail Prop 5.2%-F | A | Dividend | J | T | | | | | |
| 143. --New York Cmnty Bc Inc Ser A | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 144. --PNC Finl-P 6.125% FLTS | B | Dividend | K | T | Buy (add'l) | 07/12/17 | J | | |
| 145. --PS Business Parks 5.25%-X | A | Dividend | J | T | Buy | 10/20/17 | J | | |
| 146. --PS Business Parks Inc 5.7%-V | A | Dividend | J | T | | | | | |
| 147. --PS Busn Parks 6.00% Ser T (prvsly rptd as PS Business Park) | A | Dividend | J | T | Sold (part) | 07/17/17 | J | A | |
| 148. | | | | | Sold (part) | 10/04/17 | J | | |
| 149. --PS Busnss Prks Inc 5.20% Ser-Y | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 150. --Public Storage 5.15%-F | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 151. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 152. --Public Storage 5.20%-W | A | Dividend | J | T | | | | | |
| 153. --Public Storage 5.20% | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Public Storage | A | Dividend | | | Sold | 06/30/17 | J | | |
| 155. --Public Storage 5.875%-A | A | Dividend | J | T | | | | | |
| 156. --Public Storage 6%-Z | A | Dividend | J | T | | | | | |
| 157. --Public Storage 6.375%-Y | A | Dividend | J | T | | | | | |
| 158. --Realty Income Corp | A | Dividend | | | Sold | 04/06/17 | J | | |
| 159. --Regency Centers | A | Dividend | | | Sold | 02/16/17 | J | | |
| 160. --Regions Financial Co 6.375%-B | A | Dividend | J | T | | | | | |
| 161. --Renaissancere Hlds Ser-E 5.375 | A | Dividend | J | T | Buy (add'l) | 07/12/17 | J | | |
| 162. --Royal Bk Scot | A | Dividend | | | Sold (part) | 07/12/17 | J | B | |
| 163. | | | | | Sold | 09/05/17 | J | B | |
| 164. --SCE Trust IV 5.375%-J | A | Dividend | J | T | | | | | |
| 165. --SCE Trust V 5.45%-K | A | Dividend | J | T | | | | | |
| 166. --SCE Trust VI 5%-L | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 167. --Schwab Charles Corp Ser C | A | Dividend | J | T | | | | | |
| 168. --State St Co 5.90%-D | A | Dividend | J | T | | | | | |
| 169. --State Street Corp 5.25% | A | Dividend | | | Sold | 09/27/17 | J | A | |
| 170. --State Street Corp 5.350%-G | A | Dividend | J | T | Buy | 09/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --State Street Corp 6% SER-E | A | Dividend | J | T | | | | | |
| 172. --Suntrust Banks Inc 5.875%-E | A | Dividend | J | T | | | | | |
| 173. --TCF Financial Corp 7.5%A | A | Dividend | | | Sold | 07/03/17 | J | | |
| 174. --US Bancorp 5.15%-H | A | Dividend | J | T | | | | | |
| 175. --US Banccorp | A | Dividend | J | T | | | | | |
| 176. --US Bancorp-F 6.5% Flts | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 177. --Vornado Realty | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 178. --Vornado Realty TR Ser-L 5.40% | A | Dividend | J | T | | | | | |
| 179. --Vornado Realty Trust 5.25%-M | | None | J | T | Buy | 12/19/17 | J | | |
| 180. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 181. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 182. --Webster Finl Corp Conn Dep S-F | | None | J | T | Buy | 12/21/17 | J | | |
| 183. --Wells Fargo & Co 5.5% Ser-X | A | Dividend | J | T | | | | | |
| 184. --Wells Fargo & Company 5.625%-Y | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 185. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 186. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | | | | | |
| 187. --Wells Fargo | A | Dividend | | | Sold | 11/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Wells Fargo 5.85-Q | A | Dividend | J | T | | | | | |
| 189. --Welltower Inc PFD Ser J | A | Dividend | | | Sold | 03/07/17 | J | | |
| 190. -Fixed Rate Capital Securities: | | | | | | | | | |
| 191. --Aegon NV 8% | A | Interest | | | Sold | 02/02/17 | J | | |
| 192. --Hartford finl Svc Grp 7.875% | A | Interest | J | T | | | | | |
| 193. --Protective Life Corp 6.25% | A | Interest | | | Sold | 07/03/17 | J | A | |
| 194. --Senior Hsg Prop Trust 5.625% | A | Interest | J | T | | | | | |
| 195. --Affiliated Managers Group Inc | A | Interest | | | Sold | 08/15/17 | J | | |
| 196. --American Financial Group Inc 5.75% | A | Interest | | | Sold | 08/25/17 | J | | |
| 197. --Reinsurance Group America Inc (RZA) | A | Interest | J | T | | | | | |
| 198. --Ventas Realty LP/Capital Corp 5/45% | A | Interest | J | T | | | | | |
| 199. --Senior Hsg Properties 6.25% | A | Interest | J | T | | | | | |
| 200. --Qwest Corp | A | Interest | | | Sold | 12/21/17 | J | | |
| 201. --Stanley Black & Decker 5.75% | A | Interest | | | Sold (part) | 07/19/17 | J | | |
| 202. | | | | | Sold | 09/20/17 | J | A | |
| 203. --Stifel Financial Corp 5.2% | | None | J | T | Buy | 10/26/17 | J | | |
| 204. --Aflac Inc | A | Interest | | | Sold | 11/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --General Elec Cap Corp 4.875%-A | A | Interest | J | T | Buy (add'l) | 04/20/17 | J | | |
| 206. --Prudential Financial Inc 5.75% | A | Interest | | | Sold | 07/12/17 | J | A | |
| 207. --Torchmark Corp 5.875% | A | Interest | | | Sold | 10/05/17 | J | | |
| 208. --Allstate Corp. 5.1% | A | Interest | J | T | | | | | |
| 209. --General Elec Cap Corp 4.875-A | A | Interest | J | T | | | | | |
| 210. --Prudential Financial Inc 5.70% | A | Interest | J | T | | | | | |
| 211. --W.R. Berkley Corp 5.625% | A | Interest | J | T | | | | | |
| 212. --General Elec Capital Corp 4.70% | A | Interest | J | T | Buy (add'l) | 04/20/17 | J | | |
| 213. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 214. --Verizon Communications 5.9% (VZA) | A | Interest | J | T | | | | | |
| 215. --American Financial Group | A | Interest | J | T | | | | | |
| 216. --American Financial Group 6.0% | A | Interest | J | T | | | | | |
| 217. --Berkley Corp | A | Interest | J | T | | | | | |
| 218. --WR Berkley Corp | A | Interest | J | T | | | | | |
| 219. --Qwest Corp 6.5% | A | Interest | | | Sold | 12/22/17 | J | | |
| 220. --Comcast Corp 5% | A | Interest | | | Sold | 12/15/17 | J | A | |
| 221. --Reinsurance Grp of America 5.750% | | None | J | T | Buy | 12/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  --Torchmark Corp 6.125% (X) | A | Interest | J | T | | | | | |
| 223.  --Entergy Arkansas Inc. 4.75% | A | Interest | J | T | | | | | |
| 224.  --Entergy Texas Inc 5.625% (X) | A | Interest | J | T | Buy (add'l) | 02/03/17 | J | | |
| 225.  --Entergy New Orleans Inc | A | Interest | J | T | | | | | |
| 226.  --Gatx Corp | A | Interest | J | T | | | | | |
| 227.  --Entergy Arkansas Inc 4.875% | A | Interest | J | T | | | | | |
| 228.  --Entergy Louisiana LLC 4.875% | A | Interest | J | T | | | | | |
| 229.  --Entergy Mississippi Inc 4.90% | A | Interest | J | T | | | | | |
| 230.  --AT&T Inc 5.35% | | None | J | T | Buy | 11/07/17 | J | | |
| 231.  --Nextera Energy Capital | A | Interest | J | T | Buy (add'l) | 04/20/17 | J | | |
| 232.  --Duke Energy Corp | A | Interest | J | T | | | | | |
| 233.  --Nextera Energy Capital Holdings Inc Ser J | A | Interest | J | T | | | | | |
| 234.  --PPL Capital Funding Inc 5.90%-B | A | Interest | | | Sold | 07/24/17 | J | A | |
| 235.  --Integrys Enegy Grp Inc 6.00% Fixed | A | Interest | J | T | | | | | |
| 236.  --The Southern Co 6.25%-A (SOJA) | A | Interest | J | T | | | | | |
| 237.  --DTE Energy Co Jr Deb | A | Interest | J | T | | | | | |
| 238.  --Nextera Energy Capital Holdings Inc 5.25% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Dominion Energy Inc 5.25% (previously listed as Dominion Resources) | A | Interest | J | T | | | | | |
| 240. --The Southern Co 5.25% Ser-A | A | Interest | J | T | | | | | |
| 241. --DTE Energy Co Ser F 6% Pfd | A | Interest | J | T | | | | | |
| 242. --Georgia Power Co 5%-A | | None | J | T | Buy | 09/27/17 | J | | |
| 243. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 244. --DTE Energy Co Ser E 5.25% | | None | J | T | Buy | 11/22/17 | J | | |
| 245. --The Southern Co 5.25% Ser 2017B | | None | J | T | Buy | 11/29/17 | J | | |
| 246. -Mutual Funds: | | | | | | | | | |
| 247. --Principal Capital Sec S | D | Dividend | N | T | Buy (add'l) | 07/12/17 | J | | |
| 248. | | | | | Buy (add'l) | 08/10/17 | K | | |
| 249. | | | | | Buy (add'l) | 09/20/17 | K | | |
| 250. | | | | | Buy (add'l) | 12/12/17 | K | | |
| 251. TRUST #4 (MS Brokerage Account) (H) | | | | | | | | | |
| 252. -Morgan Stanley Bank Account | A | Interest | K | T | | | | | |
| 253. -Common stocks: | | | | | | | | | |
| 254. --AB Electrolox Spon Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 255. --Abbvie Inc Com | A | Dividend | J | T | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. --Abiomed Inc | | None | J | T | Buy | 07/19/17 | J | | |
| 257. --Acceleron Pharma Inc | | None | | | Sold | 07/19/17 | J | | |
| 258. --Acuity Brands Inc | A | Dividend | | | Sold | 06/14/17 | J | | |
| 259. --Aetna Inc | | None | J | T | Buy | 10/20/17 | J | | |
| 260. --Agree Realty Corp | A | Dividend | J | T | | | | | |
| 261. --Akorn Inc | | None | | | Sold | 07/19/17 | J | B | |
| 262. --Alexandria Real Estate Eq Inc | A | Dividend | J | T | | | | | |
| 263. --Alexion Pharm Inc | | None | J | T | | | | | |
| 264. --Alliance Data Systems Corp | A | Dividend | | | Sold | 09/28/17 | J | B | |
| 265. --Allianz Se Ads | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 266. | | | | | Sold (part) | 09/26/17 | J | A | |
| 267. --Alphabet Inc Cl A | | None | J | T | | | | | |
| 268. --Alphabet Inc Cl C | | None | J | T | | | | | |
| 269. --Altria Group Inc | B | Dividend | K | T | Buy (add'l) | 01/26/17 | J | | |
| 270. --Amazon Com Inc | | None | J | T | | | | | |
| 271. --American Campus Cmmtys Inc | A | Dividend | J | T | | | | | |
| 272. --American Tower REIT Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Ameriprise Fincl Inc (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 274. --Ametek Inc | A | Dividend | J | T | | | | | |
| 275. --Amgen Inc | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 276. --ANSYS Inc | | None | J | T | | | | | |
| 277. --Apartment Invt & Mgmt Co | A | Dividend | J | T | | | | | |
| 278. --Apple Inc | A | Dividend | J | T | | | | | |
| 279. --Archer Daniels Midland (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 280. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 281. --Astrazeneca Plc Ads | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 282. | | | | | Sold (part) | 09/26/17 | J | A | |
| 283. --Aust Nz Bk New Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 284. --Avalonbay Comm Inc | A | Dividend | J | T | | | | | |
| 285. --Aviva Plc Adr | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 286. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 287. --Axa Ads | | None | J | T | Buy | 08/22/17 | J | | |
| 288. --BAE Sys Plc Spon ADR | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 289. --Berkshire Hathaway Cl-B New | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Best Buy Co | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 291. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 292. --Biogen Inc Com | | None | J | T | | | | | |
| 293. --BK Montreal | A | Dividend | | | Sold | 05/23/17 | J | A | |
| 294. --Blackrock Inc | A | Dividend | K | T | | | | | |
| 295. --BNP Paribas Sp Adr Repstg | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 296. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 297. --Boeing Co | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 298. --Boston Properties Inc. | A | Dividend | J | T | | | | | |
| 299. --BP PLC ADS | A | Dividend | | | Sold (part) | 08/29/17 | J | A | |
| 300. | | | | | Sold (part) | 09/26/17 | J | A | |
| 301. | | | | | Sold | 11/02/17 | J | A | |
| 302. --British Amer Tob Spon Adr | A | Dividend | | | Buy | 07/25/17 | J | | |
| 303. | | | | | Sold | 08/17/17 | J | | |
| 304. --Brixmore Ppty Group Inc | A | Dividend | J | T | Sold (part) | 06/09/17 | J | | |
| 305. --Broadcom Ltd Shs | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 306. --BT GP Plc Spon Adr | A | Dividend | J | T | Buy | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --CA Incorporated | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 308. --Canon Inc ADR New | A | Dividend | J | T | | | | | |
| 309. --Cardinal Health Inc. | A | Dividend | | | Sold | 10/27/17 | J | | |
| 310. --Carnival Cp New Paired Com | A | Dividend | K | T | | | | | |
| 311. --Carnival PLC | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 312. --Caterpillar Inc | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 313. --Celgene Corp | | None | | | Sold | 10/26/17 | J | C | |
| 314. --Centurylink Inc | A | Dividend | | | Sold (part) | 06/29/17 | J | | |
| 315. | | | | | Sold | 09/26/17 | J | | |
| 316. --Chevron Corp | A | Dividend | J | T | | | | | |
| 317. --China Pete&Chem Cp Ads | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 318. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 319. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 320. --Church & Dwight Co | A | Dividend | J | T | Sold (part) | 02/06/17 | J | B | |
| 321. --Cincinnati Financial Ohio | A | Dividend | K | T | | | | | |
| 322. --Cisco Sys Inc | A | Dividend | K | T | Buy (add'l) | 08/29/17 | J | | |
| 323. --Cnooc Ltd ADS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --Coca Cola Co | A | Dividend | J | T | Sold (part) | 08/17/17 | J | A | |
| 325. | | | | | Sold (part) | 09/26/17 | J | | |
| 326. --Cognizant Tech Solutions | A | Dividend | J | T | | | | | |
| 327. --Colony Northstar Inc (previously listed as Colony Starwood) | A | Dividend | J | T | | | | | |
| 328. --Comcast Corp | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 329. --Costco Wholesale Corp New | A | Dividend | J | T | | | | | |
| 330. --Credit Suisse Group | A | Dividend | | | Buy | 05/23/17 | J | | |
| 331. | | | | | Sold | 11/02/17 | J | | |
| 332. --Criteo SA Adr | | None | | | Buy | 02/07/17 | J | | |
| 333. | | | | | Sold | 12/12/17 | J | | |
| 334. --Crown Castle Intl Corp New Com | A | Dividend | K | T | Buy (add'l) | 08/17/17 | J | | |
| 335. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 336. --Cubesmart Com | A | Dividend | J | T | | | | | |
| 337. --Cummins Inc | A | Dividend | J | T | Sold (part) | 09/26/17 | J | A | |
| 338. --CVS Health Corp Com | A | Dividend | J | T | | | | | |
| 339. --Danaher Corp | A | Dividend | J | T | | | | | |
| 340. --Darden Restaurants (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --DBS Group Holdings Ltd Sp | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 342. --Depomed Inc | | None | | | Sold | 07/19/17 | J | | |
| 343. --Diageo Plc Spon Adr New | A | Dividend | J | T | | | | | |
| 344. --Digital Realty Trust Inc | A | Dividend | J | T | Buy | 06/09/17 | J | | |
| 345. --Dicks Sporting Goods | A | Dividend | | | Sold | 09/12/17 | J | | |
| 346. --Dominion Energy Inc (previously listed as Dominion Res Inc) | A | Dividend | J | T | | | | | |
| 347. --Dowdupont Inc. (previously listed as Dow Chemical) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 348. | | | | | Sold (part) | 09/26/17 | J | A | |
| 349. --Duke Energy Corp New | A | Dividend | J | T | | | | | |
| 350. --Eastgroup Properties Inc | A | Dividend | J | T | | | | | |
| 351. --Ecolab Inc | A | Dividend | J | T | | | | | |
| 352. --Education Rlty Tr Inc Com | A | Dividend | J | T | | | | | |
| 353. --Eli Lilly & Co | A | Dividend | K | T | | | | | |
| 354. --Emerson Electric Co | A | Dividend | | | Sold (part) | 09/26/17 | J | A | |
| 355. | | | | | Sold | 11/29/17 | J | A | |
| 356. --Eog Resources Inc | A | Dividend | J | T | | | | | |
| 357. --Epam Systems | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --EPR Pptys Com | A | Dividend | J | T | | | | | |
| 359. --Equinix Inc Com Par | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 360. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 361. --Equity Lifestyle Properties | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 362. --Extra Space Storage Inc | A | Dividend | J | T | Buy | 09/07/17 | J | | |
| 363. --Facebook Inc Cl-A | | None | J | T | | | | | |
| 364. --Fedl Rlty Invt Trust S B I | A | Dividend | J | T | | | | | |
| 365. --Fidelity Natl Information SE | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 366. --First Indust Realty Tr Inc | A | Dividend | J | T | | | | | |
| 367. --Fortinet Inc | | None | J | T | | | | | |
| 368. --Fortive Corp | A | Dividend | J | T | | | | | |
| 369. --Gaming & Leisure Pptys Inc Com | A | Dividend | J | T | | | | | |
| 370. --General Electric Co | A | Dividend | J | T | Sold (part) | 04/28/17 | J | A | |
| 371. --General Mills Inc | A | Dividend | K | T | | | | | |
| 372. --General Mtrs Co | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 373. --Genl Dynamics Corp | A | Dividend | K | T | | | | | |
| 374. --Gilead Science | A | Dividend | J | T | Sold (part) | 08/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 376. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 377. --Glaxosmithkline PLC | A | Dividend | | | Sold | 05/23/17 | J | | |
| 378. --Globus Medical Inc A | | None | J | T | Buy | 07/19/17 | J | | |
| 379. --Gramercy Property Trust Inc | A | Dividend | J | T | | | | | |
| 380. --H & R Block Inc | A | Dividend | | | Sold | 02/15/17 | J | | |
| 381. --Hasbro Inc | A | Dividend | J | T | Sold (part) | 08/18/17 | J | A | |
| 382. --Hospitality Pptys Tr Com | A | Dividend | J | T | Sold (part) | 08/25/17 | J | | |
| 383. --Host Hotel & Resorts Inc | A | Dividend | J | T | | | | | |
| 384. --HSBC Holdings PLC | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 385. --Ill Tool Works Inc. | A | Dividend | J | T | | | | | |
| 386. --Incyte Corp | | None | J | T | | | | | |
| 387. --Ing Groep Nv Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 388. --Intel Corp | A | Dividend | K | T | Sold (part) | 07/19/17 | J | A | |
| 389. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 390. --Intercontinentalexchange Inc | A | Dividend | J | T | | | | | |
| 391. --International Paper Co | A | Dividend | | | Sold (part) | 09/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 11/02/17 | J | A | |
| 393. --Intl Business Machines Corp | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 394. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 395. --Investors Real Estate Tr Sbi | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 396. --Invitation Homes Inc | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 397. --Iron Mtn Inc New Com | A | Dividend | J | T | Sold (part) | 08/25/17 | J | | |
| 398. --Jernigan Cap Inc | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 399. --JPMorgan Chase & Co | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 400. --Kimberly Clark Corp | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 401. --Kinder Morgan Incorp | A | Dividend | J | T | Sold (part) | 08/22/17 | J | | |
| 402. --Kite Rlty Group Tr | A | Dividend | J | T | | | | | |
| 403. --KLA Tencor Corp | | None | J | T | Buy | 12/19/17 | J | | |
| 404. --Kohls Corporation Wisc | A | Dividend | J | T | Sold (part) | 09/26/17 | J | A | |
| 405. | | | | | Sold (part) | 11/29/17 | J | A | |
| 406. --Lamar Advertising Co New | A | Dividend | J | T | | | | | |
| 407. --Ligand Pharmaceuticals Inc New | | None | J | T | Buy | 07/19/17 | J | | |
| 408. --LKQ Corporation | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  --Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 410.  --LTC Properties Inc | A | Dividend | J | T | | | | | |
| 411.  --Lyondellbasell Nv Cl-A | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 412. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 413. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 414. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 415.  --Macy's Inc | A | Dividend | J | T | Sold (part) | 09/26/17 | J | | |
| 416.  --Manulife Financial Corp | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 417.  --Marathon Petroleum Corp (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 418.  --Maximus Inc | A | Dividend | J | T | | | | | |
| 419.  --Merck & Co Inc New Com | A | Dividend | J | T | | | | | |
| 420.  --Metlife Incorporated | A | Dividend | | | Sold (part) | 09/26/17 | J | A | |
| 421. | | | | | Sold | 11/02/17 | J | A | |
| 422.  --Microsoft Corp | A | Dividend | K | T | | | | | |
| 423.  --Mitsubishi Ufj fincl Grp Ads | | None | J | T | Buy | 11/02/17 | J | | |
| 424.  --Mitsui & Co Ltd Adr | A | Dividend | | | Sold | 06/29/17 | J | A | |
| 425.  --Mobile Telesystems Pjsc | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 427. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 428. --Mondelez Intl Inc Com | A | Dividend | | | Sold | 09/22/17 | J | A | |
| 429. --National Retail Properties | A | Dividend | | | Sold | 06/20/17 | J | A | |
| 430. --Netflix Inc | | None | J | T | Buy | 12/19/17 | J | | |
| 431. --Nevro Corp | | None | J | T | | | | | |
| 432. --Newmarket Corp | A | Dividend | J | T | | | | | |
| 433. --Nissan Mtr Co Ltd Spud Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 434. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 435. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 436. --Norfolk Southern Corp | A | Dividend | K | T | | | | | |
| 437. --Northstar Rlty Fin Corp | A | Dividend | | | Merged (with line 327) | 07/31/17 | J | | |
| 438. --Nucor Corporation | A | Dividend | | | Sold (part) | 09/26/17 | J | A | |
| 439. | | | | | Sold (part) | 11/02/17 | J | A | |
| 440. --Oreilly Automotive Inc | | None | | | Sold | 02/06/17 | J | B | |
| 441. --Outfront Media Inc Com Npv | A | Dividend | J | T | | | | | |
| 442. --Pa Rl Est Invt Tr Sbi | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 58

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --Pacira Pharmaceuticals Inc Com | | None | J | T | Buy | 07/19/17 | J | | |
| 444. --Packaging Corp Amer (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 445. --Paychex Inc | A | Dividend | J | T | | | | | |
| 446. --Paypal Hldgs Inc Com | | None | J | T | Buy | 12/19/17 | J | | |
| 447. --Pepsico Inc | A | Dividend | J | T | | | | | |
| 448. --Perrigo Co Ltd | A | Dividend | | | Sold | 03/31/17 | J | A | |
| 449. --Pfizer Inc | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 450. | | | | | Sold (part) | 11/29/17 | J | A | |
| 451. --Philip Morris Intl Inc | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 452. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 453. --PJSC Gazprom Spon Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 454. --PJSC Lukoil Sponsored Adr | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 455. --Posco ADS | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 456. --Priceline.com Inc | | None | J | T | | | | | |
| 457. --Principal Finl Group Inc | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 458. | | | | | Sold (part) | 09/26/17 | J | A | |
| 459. --Proctor & Gamble (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 58

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

5/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. --Prudential Financial Inc | A | Dividend | J | T | | | | | |
| 461. --Qualcomm Inc | A | Dividend | | | Sold | 07/25/17 | J | A | |
| 462. --Reynolds American Inc | A | Dividend | | | Sold | 07/25/17 | J | C | |
| 463. --Rio Tinto Plc Spon Adr | | None | J | T | Buy | 09/26/17 | J | | |
| 464. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 465. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 466. --Ross Stores Inc | A | Dividend | J | T | | | | | |
| 467. --Royal Bank of Canada | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 468. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 469. --Royal Dutch Shell PLC (RDS'A) | A | Dividend | | | Sold | 04/25/17 | J | A | |
| 470. --Sage Therapeutics Inc | | None | J | T | | | | | |
| 471. --Salesforce.Com Inc. | | None | J | T | Buy | 07/19/17 | J | | |
| 472. --Seagate Technology PLC | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 473. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 474. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 475. --Shire Plc Adr | A | Dividend | | | Sold | 11/14/17 | J | | |
| 476. --Simon Ppty Group Inc | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. --SK Telecom Co | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 478. --Starbucks Corp | A | Dividend | | | Sold | 09/12/17 | J | B | |
| 479. --Snyders-Lance Inc | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 480. --Societe Generale Sp Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 481. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 482. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 483. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 484. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 485. --Stora Enso Sp Adr Ser R | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 486. --Stryker Corp | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 487. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 488. --Subaru Corp Unsponsored Adr | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 489. --Sun Life Finl Svcs Cda Inc | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 490. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 491. --Swiss Re Ltd Sponsored Adr | A | Dividend | | | Sold | 06/29/17 | J | A | |
| 492. --Synchronoss Tech Inc | | None | | | Sold | 04/27/17 | J | | |
| 493. --Target Corporation | B | Dividend | K | T | Buy (add'l) | 04/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 58

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

5/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 495. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 496. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 497. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 498. --Telia Company A B Adr | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 499. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 500. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 501. --Terreno Rlty Corp Com | A | Dividend | J | T | | | | | |
| 502. --The Mosaic Co | A | Dividend | | | Sold | 05/01/17 | J | | |
| 503. --Total S A Spon Adr | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 504. | | | | | Sold (part) | 09/26/17 | J | A | |
| 505. --Transdigm Group Inc | A | Dividend | J | T | | | | | |
| 506. -- UBS Group Ag Shs (previously listed as UBS Ag New) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 507. --Ulta Beauty Inc (previously listed as Ulta Salon Cos & Fragr Inc) | | None | J | T | | | | | |
| 508. --Unilever Nv Ny Sh New | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 509. --Unitedhealth Gp Inc | A | Dividend | J | T | | | | | |
| 510. --UPM Kymmene Corp Adr | A | Dividend | | | Sold | 09/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 58

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  --VF Corp | A | Dividend | J | T | | | | | |
| 512.  --Valero Energy CP Dela New | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 513.  --Ventas Inc | A | Dividend | J | T | | | | | |
| 514.  --Verisk Analytics Inc Com | | None | J | T | | | | | |
| 515.  --Verizon Communications | A | Dividend | J | T | | | | | |
| 516.  --Viacom Inc New Class B (X) | A | Dividend | | | Buy (add'l) | 08/22/17 | J | | |
| 517. | | | | | Sold | 08/29/17 | J | A | |
| 518.  --Visa Inc | A | Dividend | J | T | | | | | |
| 519.  --Vornado Realty TR S B 1 | A | Dividend | J | T | | | | | |
| 520.  --Wal Mart Stores Inc (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 521. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 522.  --Washington Prime Group Inc | A | Dividend | | | Sold | 06/20/17 | J | | |
| 523.  --Waste Connections | A | Dividend | J | T | | | | | |
| 524.  --Weingarten Realty Inv SBI | A | Dividend | J | T | | | | | |
| 525.  --Wells Fargo & Co New | A | Dividend | K | T | | | | | |
| 526.  --Welltower Inc | A | Dividend | J | T | | | | | |
| 527.  --Western Un Co | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 58

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. --Westrock Co Com (X) | A | Dividend | J | T | Buy (add'l) | 08/22/17 | J | | |
| 529. --Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 530. --XPO Logistics Inc | | None | J | T | Buy | 03/31/17 | J | | |
| 531. --Yum Brands Inc | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 532. TRUST #5 (MS Brokerage Account) (H) | | | | | | | | | |
| 533. -MS Bank Account | A | Interest | K | T | | | | | |
| 534. -Common Stocks: | | | | | | | | | |
| 535. --3M Company | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | |
| 536. --AAC Hldgs Inc | | None | J | T | Sold (part) | 11/06/17 | J | | |
| 537. --Abbott Laboratories | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 538. --Abbvie Inc Com | A | Dividend | J | T | Buy (add'l) | 07/24/17 | J | | |
| 539. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 540. --Air Prod & Chem Inc | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 541. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 542. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 543. --Altria Group Inc | A | Dividend | J | T | | | | | |
| 544. --Amgen Inc | A | Dividend | J | T | Buy (add'l) | 07/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sammartino, Janis L. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 546. --Ansys Inc | A | Dividend | K | T | Sold (part) | 08/01/17 | J | A | |
| 547. | | | | | Sold (part) | 11/28/17 | J | A | |
| 548. --Automatic Data Processing Inc | A | Dividend | J | T | Sold (part) | 08/11/17 | J | A | |
| 549. --BB & T Corp | A | Dividend | K | T | Buy (add'l) | 06/08/17 | J | | |
| 550. --Bio-Techne Corp | A | Dividend | J | T | | | | | |
| 551. --Blackbaud Inc | A | Dividend | J | T | Sold (part) | 04/27/17 | J | A | |
| 552. | | | | | Sold (part) | 01/07/17 | J | A | |
| 553. --Blackline Inc | | None | J | T | Buy | 04/07/17 | J | | |
| 554. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 555. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 556. --Blackrock Inc | A | Dividend | J | T | Sold (part) | 04/20/17 | J | A | |
| 557. --Carmax Inc | | None | J | T | Buy (add'l) | 04/05/17 | J | | |
| 558. | | | | | Sold (part) | 10/13/17 | J | A | |
| 559. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 560. --Cbre Group Inc | | None | J | T | Buy (add'l) | 04/04/17 | J | | |
| 561. --Chevron Corp | A | Dividend | J | T | Buy | 11/14/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 58

Name of Person Reporting

**Sammartino, Janis L.**

Date of Report

5/11/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. --Cisco Sys Inc | A | Dividend | J | T | Buy (add'l) | 05/17/17 | J | | |
| 563. --Coca Cola Co | | None | | | Sold | 02/14/17 | J | | |
| 564. --Core Laboratories N V | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 565. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 566. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 567. --Costar Group Inc | | None | J | T | Sold (part) | 05/25/17 | J | A | |
| 568. | | | | | Sold (part) | 11/30/17 | J | A | |
| 569. --Crown Castle Intl Corp | A | Dividend | J | T | | | | | |
| 570. --Ecolab Inc | A | Dividend | K | T | Buy (add'l) | 01/23/17 | J | | |
| 571. | | | | | Buy (add'l) | 09/12/17 | J | | |
| 572. --Enbridge Inc (formerly Spectra Energy, merger) | A | Dividend | J | T | Sold (part) | 11/14/17 | J | | |
| 573. --Envestnet Inc | | None | J | T | Buy (add'l) | 03/22/17 | J | | |
| 574. | | | | | Sold (part) | 09/28/17 | J | A | |
| 575. | | | | | Sold (part) | 10/11/17 | J | A | |
| 576. --Exponent Inc | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 577. --Exxon Mobil Corp | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 578. | | | | | Buy (add'l) | 01/25/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. --Fastenal Co | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 580. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 581. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 582. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 583. | | | | | Sold (part) | 07/13/17 | J | A | |
| 584. | | | | | Sold (part) | 07/21/17 | J | A | |
| 585. --General Electric | A | Dividend | | | Sold (part) | 05/17/17 | J | | |
| 586. | | | | | Sold | 05/30/17 | J | | |
| 587. --Genesee & Wyoming Inc A | | None | J | T | Buy | 09/14/17 | J | | |
| 588. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 589. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 590. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 591. --Hasbro Inc | A | Dividend | J | T | | | | | |
| 592. --Health Care Svc Grp | A | Dividend | J | T | | | | | |
| 593. --Home Depot Inc | A | Dividend | J | T | | | | | |
| 594. --Honeywell International Inc | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 595. | | | | | Buy (add'l) | 07/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 597. --HP Inc Com | | None | J | T | Buy | 11/14/17 | J | | |
| 598. --Ill Tool Works Inc | A | Dividend | J | T | Buy (add'l) | 09/08/17 | J | | |
| 599. --Illumina Inc | | None | K | T | Sold (part) | 01/10/17 | J | | |
| 600. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 601. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 602. --Imax Corp | | None | | | Sold (part) | 06/30/17 | J | | |
| 603. | | | | | Sold | 11/29/17 | J | | |
| 604. --Intuitive Surgical Inc | | None | J | T | Sold (part) | 09/12/17 | J | A | |
| 605. | | | | | Sold (part) | 11/27/17 | J | B | |
| 606. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 607. --JP Morgan Chase | A | Dividend | K | T | Buy (add'l) | 07/24/17 | J | | |
| 608. --Kimberly Clark Corp | A | Dividend | | | Sold | 10/06/17 | J | | |
| 609. --LKQ Corporation | | None | J | T | Sold (part) | 01/23/17 | J | | |
| 610. | | | | | Sold (part) | 02/21/17 | J | | |
| 611. | | | | | Sold (part) | 07/13/17 | J | | |
| 612. | | | | | Sold (part) | 09/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  --Lockheed Martin Corp | A | Dividend | J | T | Buy (add'l) | 06/08/17 | J | | |
| 614.  --Lyondellbasell Nv Cl-A | A | Dividend | J | T | | | | | |
| 615.  --Markel Corp | | None | J | T | | | | | |
| 616.  --Marsh &Mclennan Cos Inc | A | Dividend | J | T | Buy | 05/30/17 | J | | |
| 617. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 618.  --Maxim Integrated Products Inc | A | Dividend | J | T | | | | | |
| 619.  --Mc Cormick and Co Non Voting | A | Dividend | J | T | Buy | 08/11/17 | J | | |
| 620.  --Medtronic PLC Shs | A | Dividend | J | T | Buy (add'l) | 11/01/17 | J | | |
| 621.  --Merck & Co Inc New Com | A | Dividend | J | T | Sold (part) | 11/01/17 | J | | |
| 622.  --Microsoft Corp | A | Dividend | K | T | Sold (part) | 10/30/17 | J | A | |
| 623.  --Moody's Corp | A | Dividend | K | T | Sold (part) | 09/12/17 | J | A | |
| 624. | | | | | Sold (part) | 11/27/17 | J | A | |
| 625.  --Nextera Energy Inc. | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 626.  --Occidental Petroleum Corp | A | Dividend | | | Sold (part) | 05/03/17 | J | | |
| 627. | | | | | Sold (part) | 06/08/17 | J | | |
| 628. | | | | | Sold | 06/12/17 | J | | |
| 629.  --Paychex Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. --Pepsico Inc Nc | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 631. --Pfizer Inc | A | Dividend | J | T | | | | | |
| 632. --Philip Morris Int Inc | A | Dividend | J | T | | | | | |
| 633. --Pnc Finl Svc Gp | A | Dividend | | | Sold (part) | 05/30/17 | J | A | |
| 634. | | | | | Sold (part) | 06/08/17 | J | A | |
| 635. | | | | | Sold | 06/12/17 | J | A | |
| 636. --Pros Holdg Inc | | None | J | T | | | | | |
| 637. --Public Storage | A | Dividend | J | T | | | | | |
| 638. --Qualcomm Inc | | None | | | Sold | 01/25/17 | J | | |
| 639. --Realty Income Corp | A | Dividend | J | T | | | | | |
| 640. --Red Hat Inc | | None | K | T | Buy (add'l) | 01/23/17 | J | | |
| 641. | | | | | Sold (part) | 06/21/17 | J | A | |
| 642. | | | | | Sold (part) | 08/07/17 | J | A | |
| 643. | | | | | Sold (part) | 09/12/17 | J | A | |
| 644. | | | | | Sold (part) | 12/18/17 | J | A | |
| 645. --Roper Technologies, Inc | A | Dividend | J | T | Sold (part) | 04/26/17 | J | A | |
| 646. | | | | | Sold (part) | 05/25/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 09/12/17 | J | A | |
| 648. | | | | | Sold (part) | 10/12/17 | J | A | |
| 649. | | | | | Sold (part) | 11/28/17 | J | A | |
| 650. --SBA Communications Corp | | None | K | T | | | | | |
| 651. --SEI Investments Co | A | Dividend | K | T | Sold (part) | 11/29/17 | J | B | |
| 652. --Sempra Energy | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 653. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 654. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 655. --Signet Jewelers Limited | A | Dividend | | | Sold (part) | 03/01/17 | J | | |
| 656. | | | | | Sold | 03/03/17 | J | | |
| 657. --Spectra Energy Corp Com | | None | | | Merged (with line 572) | 02/27/17 | J | | |
| 658. --Starbucks Corp Washington | | None | | | Buy | 10/06/17 | J | | |
| 659. | | | | | Sold | 10/17/17 | J | | |
| 660. --Stericycle Inc | | None | | | Sold (part) | 04/24/17 | J | A | |
| 661. | | | | | Sold (part) | 05/04/17 | J | A | |
| 662. | | | | | Sold | 05/05/17 | J | A | |
| 663. --Steris PLC | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 08/09/17 | J | A | |
| 665. | | | | | Sold (part) | 01/26/17 | J | B | |
| 666.  --T Rowe Price Group Inc | | None | | | Sold | 01/09/17 | J | A | |
| 667.  --Target Corporation | | None | | | Sold | 01/20/17 | J | A | |
| 668.  --Texas Instruments | A | Dividend | K | T | Buy (add'l) | 10/30/17 | J | | |
| 669.  --Transdigm Group Inc | | None | J | T | Buy (add'l) | 04/12/17 | J | | |
| 670.  --Trimble Inc | | None | J | T | Sold (part) | 05/25/17 | J | A | |
| 671. | | | | | Sold (part) | 11/28/17 | J | B | |
| 672.  --Tyler Technologies Inc | | None | J | T | | | | | |
| 673.  --Valero Energy Cp Dela New | A | Dividend | J | T | Buy | 05/30/17 | J | | |
| 674. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 675.  --Ventas Inc | A | Dividend | J | T | Sold (part) | 04/20/17 | J | | |
| 676.  --Verisk Analytics Inc Com | | None | K | T | Buy (add'l) | 05/03/17 | J | | |
| 677. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 678. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 679. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 680.  --Wabtec | A | Dividend | | | Sold (part) | 07/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold | 09/21/17 | J | | |
| 682. --Wageworks Inc Com | | None | J | T | Sold (part) | 01/26/17 | J | A | |
| 683. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 684. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 685. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 686. --Waste Connections Inc | A | Dividend | K | T | | | | | |
| 687. --Watsco Inc | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 688. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 689. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 690. --WEC Energy Group Inc Com | A | Dividend | J | T | | | | | |
| 691. --Williams Co Inc | A | Dividend | J | T | Buy | 05/03/17 | J | | |
| 692. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 693. TRUST #6 (MS Brokerage Account) (H) | E | Int./Div. | O | T | | | | | |
| 694. -MS Bank Account | A | Interest | K | T | | | | | |
| 695. -Common Stocks: | | | | | | | | | |
| 696. --Abbot Laboratories | A | Dividend | | | Sold (part) | 08/16/17 | J | B | |
| 697. | | | | | Sold | 12/06/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. --Abbvie Inc Com | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 699. | | | | | Sold (part) | 01/26/17 | J | B | |
| 700. | | | | | Sold (part) | 06/27/17 | J | B | |
| 701. | | | | | Sold (part) | 08/16/17 | J | B | |
| 702. --AT&T | B | Dividend | | | Sold (part) | 08/16/17 | J | C | |
| 703. | | | | | Sold | 10/20/17 | J | C | |
| 704. --BB&T Corp | A | Dividend | K | T | Buy (add'l) | 03/24/17 | J | | |
| 705. | | | | | Sold (part) | 08/16/17 | J | B | |
| 706. --BCE Inc | A | Dividend | K | T | Buy (add'l) | 05/04/17 | J | | |
| 707. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 708. | | | | | Sold (part) | 08/16/17 | J | C | |
| 709. --BK Montreal | A | Dividend | J | T | Buy (add'l) | 06/26/17 | J | | |
| 710. | | | | | Sold (part) | 08/16/17 | J | C | |
| 711. --Cisco Sys Inc | A | Dividend | K | T | Sold (part) | 08/16/17 | J | C | |
| 712. --CME Group Inc | A | Dividend | K | T | Sold (part) | 08/16/17 | J | B | |
| 713. --Coach Inc (name changed to Tapestry Inc) | A | Dividend | | | Sold (part) | 08/16/17 | J | A | |
| 714. | | | | | Merged (with line 810) | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. --Cracker Barrel Old Ctry Store | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 716. | | | | | Sold (part) | 08/16/17 | J | A | |
| 717. --Crown Castle Intl Corp | A | Dividend | K | T | Buy (add'l) | 04/26/17 | J | | |
| 718. | | | | | Sold (part) | 08/16/17 | J | B | |
| 719. | | | | | Sold (part) | 11/16/17 | J | B | |
| 720. --Cypress Semiconductor Dela | A | Dividend | K | T | Buy | 05/25/17 | J | | |
| 721. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 722. | | | | | Sold (part) | 08/16/17 | J | | |
| 723. --Digital Realty Trust Inc. | A | Dividend | K | T | Sold (part) | 01/26/17 | J | C | |
| 724. | | | | | Sold (part) | 07/17/17 | J | C | |
| 725. | | | | | Sold (part) | 08/16/17 | J | B | |
| 726. --Domtar Corporation New | A | Dividend | | | Sold (part) | 05/03/17 | J | | |
| 727. | | | | | Sold (part) | 05/04/17 | J | | |
| 728. | | | | | Sold (part) | 05/05/17 | J | | |
| 729. | | | | | Sold (part) | 05/08/17 | J | | |
| 730. | | | | | Sold (part) | 05/25/17 | J | | |
| 731. | | | | | Sold (part) | 05/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 05/30/17 | J | | |
| 733. | | | | | Sold | 05/31/17 | J | | |
| 734. --Dupont Fabros Technology Inc | A | Dividend | | | Sold | 08/16/17 | J | B | |
| 735. --Eaton Corp Plc | A | Dividend | K | T | Sold (part) | 08/16/17 | J | | |
| 736. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 737. --Enbridge Inc (formerly Spectra Energy Corp, merger) | A | Dividend | K | T | Sold (part) | 08/16/17 | J | D | |
| 738. --Enterprise Prod Prtners LP | B | Dividend | K | T | Sold (part) | 08/16/17 | J | D | |
| 739. --GE | A | Dividend | | | Sold (part) | 01/06/17 | J | C | |
| 740. | | | | | Sold | 01/26/17 | K | C | |
| 741. --Genesis Energy LP Com | A | Distribution | | | Sold | 03/30/17 | K | | |
| 742. --Glaxosmithkline PLC | A | Dividend | | | Sold (part) | 05/25/17 | J | A | |
| 743. | | | | | Sold (part) | 08/16/17 | J | A | |
| 744. | | | | | Sold | 12/06/17 | J | | |
| 745. --Hanesbrands Inc | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 746. | | | | | Sold (part) | 08/16/17 | J | A | |
| 747. --HP Inc Com | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 748. | | | | | Sold (part) | 08/16/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 750. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 751.  --HSBC Holdings Plc Spon Adr New | A | Dividend | K | T | Buy | 10/18/17 | J | | |
| 752. | | | | | Buy (add'l) | 10/19/17 | J | | |
| 753. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 754.  --International Paper Co | A | Dividend | K | T | Buy | 05/03/17 | J | | |
| 755. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 756. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 757. | | | | | Sold (part) | 08/16/17 | J | A | |
| 758.  --Intl Business Machines Corp | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 759. | | | | | Sold (part) | 08/16/17 | J | | |
| 760.  --Johnson & Johnson | A | Dividend | | | Sold (part) | 01/06/17 | J | B | |
| 761. | | | | | Sold (part) | 03/17/17 | J | C | |
| 762. | | | | | Sold (part) | 08/16/17 | J | C | |
| 763. | | | | | Sold | 12/06/17 | K | D | |
| 764.  --Johnson Ctls Intl Plc | A | Dividend | | | Sold (part) | 08/16/17 | J | | |
| 765. | | | | | Sold (part) | 09/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. | | | | | Sold | 09/28/17 | J | | |
| 767. --L Brands Inc Com | A | Dividend | | | Sold | 11/06/17 | K | | |
| 768. --Lamar Advertising Co | A | Dividend | K | T | Sold<br>(part) | 01/26/17 | J | A | |
| 769. | | | | | Buy<br>(add'l) | 06/15/17 | J | | |
| 770. | | | | | Sold<br>(part) | 08/16/17 | J | B | |
| 771. --Lyondellbasell Nv | A | Dividend | K | T | Sold<br>(part) | 01/26/17 | J | A | |
| 772. | | | | | Sold<br>(part) | 08/16/17 | J | A | |
| 773. | | | | | Buy<br>(add'l) | 12/06/17 | J | | |
| 774. --Magellan Midstream Partners LP | B | Distribution | | | Sold<br>(part) | 01/26/17 | J | B | |
| 775. | | | | | Sold<br>(part) | 08/16/17 | J | A | |
| 776. | | | | | Sold<br>(part) | 11/16/17 | J | | |
| 777. | | | | | Sold | 11/17/17 | J | | |
| 778. --Merck & Co | A | Dividend | K | T | Sold<br>(part) | 08/16/17 | J | B | |
| 779. --Microchip Technology Inc | A | Dividend | | | Sold<br>(part) | 05/25/17 | J | D | |
| 780. | | | | | Sold<br>(part) | 11/15/17 | J | C | |
| 781. | | | | | Sold | 11/16/17 | J | B | |
| 782. --MPLX Lp Unit Rep Ltd | B | Dividend | K | T | Sold<br>(part) | 08/16/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

         5/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. --National Grid Plc Spon Adr | A | Dividend | J | T | Buy | 03/23/17 | J | | |
| 784. | | | | | Sold (part) | 08/16/17 | J | | |
| 785. --Novartis Ag Adr | A | Dividend | | | Sold | 03/21/17 | J | | |
| 786. --Omega Healthcare Inv Inc | A | Dividend | | | Sold (part) | 03/20/17 | J | A | |
| 787. | | | | | Sold | 03/21/17 | J | A | |
| 788. --Pacwest Bancorp | A | Dividend | J | T | Sold (part) | 08/16/17 | J | A | |
| 789. --Pfizer Inc | A | Dividend | K | T | Sold (part) | 01/26/17 | J | C | |
| 790. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 791. | | | | | Sold (part) | 08/16/17 | J | C | |
| 792. --Pitney Bowes Inc | A | Dividend | | | Buy | 01/11/17 | J | | |
| 793. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 794. | | | | | Sold (part) | 08/16/17 | J | | |
| 795. | | | | | Sold (part) | 11/09/17 | J | | |
| 796. | | | | | Sold (part) | 11/10/17 | J | | |
| 797. | | | | | Sold (part) | 11/13/17 | J | | |
| 798. | | | | | Sold | 11/14/17 | J | | |
| 799. --Proctor & Gamble | A | Dividend | | | Sold (part) | 08/16/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 09/05/17 | J | C | |
| 801. --Qualcomm Inc | A | Dividend | J | T | Sold (part) | 07/17/17 | J | A | |
| 802. | | | | | Sold (part) | 08/16/17 | J | A | |
| 803. --Saber Corporation | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 804. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 805. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 806. --Spectra Energy Corp | A | Dividend | | | Merged (with line 737) | 02/27/17 | J | | |
| 807. --Sysco Corp | | None | J | T | Buy | 12/06/17 | J | | |
| 808. --Taiwan Smcndctr Mfg Co Ltd Adr | A | Dividend | K | T | Buy | 01/30/17 | J | | |
| 809. | | | | | Sold (part) | 08/16/17 | J | A | |
| 810. --Tapestry Inc (formerly Coach) | A | Dividend | K | T | | | | | |
| 811. --Target Corporation | A | Dividend | K | T | Buy | 09/05/17 | J | | |
| 812. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 813. --Texas Instruments | | None | J | T | Buy | 12/06/17 | J | | |
| 814. --Toronto Dom Bk New | A | Dividend | K | T | Sold (part) | 08/16/17 | J | B | |
| 815. --Total S A Spon Adr | | None | K | T | Buy | 11/16/17 | J | | |
| 816. | | | | | Buy | 11/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  --United Parcel Ser Inc Cl-B | A | Dividend | J | T | Sold (part) | 08/16/17 | J | B | |
| 818.  --Verizon Communications | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | |
| 819. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 820.  --Vodafone GP PLC | B | Dividend | K | T | Sold (part) | 05/25/17 | J | | |
| 821. | | | | | Sold (part) | 08/17/17 | J | | |
| 822. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 823. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 824.  --Welltower Inc | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 825. | | | | | Sold (part) | 08/16/17 | J | A | |
| 826.  --Western Digital Corporation | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 827. | | | | | Sold (part) | 01/26/17 | J | C | |
| 828. | | | | | Sold (part) | 08/16/17 | J | B | |
| 829.  --Weyerhaeuser Co | A | Dividend | K | T | Sold (part) | 08/16/17 | J | | |
| 830.  --Williams Co Inc | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 831. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 832. | | | | | | | | | |
| 833.  TRUST #7 (MS Brokerage Account ) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -MS Bank Account | A | Interest | K | T | | | | | |
| 835.  -Common Stocks | | | | | | | | | |
| 836.  --Alibaba Group Holdg Ltd | | None | L | T | Buy | 08/22/17 | L | | |
| 837. | | | | | Buy (add'l) | 09/18/17 | K | | |
| 838.  --Exact Sciences Corp | | None | J | T | Buy | 09/22/17 | K | | |
| 839.  --Ford Motor Co New | A | Dividend | | | Sold | 09/18/17 | K | | |
| 840.  --Gilead Science | A | Dividend | J | T | | | | | |
| 841.  --Home Depot Inc | A | Dividend | K | T | | | | | |
| 842.  --Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 843.  --Mobileye N.V. | | None | J | T | | | | | |
| 844.  --Wells Fargo & Co New | A | Dividend | K | T | | | | | |
| 845.  -Preferred Stocks | | | | | | | | | |
| 846.  --Citigroup Inc 6.875% | B | Dividend | K | T | | | | | |
| 847.  --Fifth Third Bancorp 6.625%-I | B | Dividend | K | T | | | | | |
| 848.  --Wells Fargo & Company 6.625% | B | Dividend | K | T | | | | | |
| 849.  -Exchange-Traded & Closed-end Funds | | | | | | | | | |
| 850.  --Highland Fltg Rate Opport C (previously listed under Mutual Funds) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Corporate Bonds: | | | | | | | | | |
| 852. --Bank of America 6.1% | C | Dividend | L | T | | | | | |
| 853. --Citigroup Inc 5.95% | D | Dividend | M | T | | | | | |
| 854. --Etrade Financial Corp 5.875% | C | Dividend | K | T | | | | | |
| 855. --JP Morgan Chase & Co 6.12% Fixed to Float 4/30/2024 | C | Dividend | K | T | | | | | |
| 856. --Marathon Oil Corp | A | Interest | | | Sold | 08/14/17 | J | | |
| 857. --General Electric Co | C | Interest | | | Sold | 12/06/17 | K | | |
| 858. --Goldman Sachs Group Inc | C | Interest | | | Sold | 12/14/17 | J | | |
| 859. --AT&T Inc | A | Interest | | | Sold | 12/14/17 | J | A | |
| 860. --Verizon Communications | A | Interest | | | Sold | 04/24/17 | J | | |
| 861. --Mondelez International | A | Interest | | | Sold | 12/14/17 | J | A | |
| 862. --Frontier Communications | B | Interest | | | Sold | 12/14/17 | K | | |
| 863. --Boeing Co | A | Interest | | | Sold | 12/14/17 | J | A | |
| 864. --Indiana Michigan Power | A | Interest | | | Sold | 12/14/17 | J | A | |
| 865. --Lorillard Tobacco Co | B | Interest | | | Sold | 12/14/17 | K | A | |
| 866. --Altria Group Inc | A | Interest | J | T | | | | | |
| 867. --Barclays Bank PLC | B | Interest | | | Sold | 12/14/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  --General Elec Cap Corp | B | Interest | K | T | | | | | |
| 869.  --Goldman Sachs Group Inc | B | Interest | K | T | | | | | |
| 870.  --Hewlett Packard Co | B | Interest | K | T | | | | | |
| 871.  -Other Fixed Income: | | | | | | | | | |
| 872.  -Countrywide Alternative Loan Trust | A | Interest | J | T | | | | | |
| 873.  -JP Morgan Mortgage Trust | A | Interest | J | T | | | | | |
| 874.  -Government Securities: | | | | | | | | | |
| 875.  --FNR 2009-19 TD (previously listed as FNMA 09-19 TD) | A | Interest | J | T | | | | | |
| 876.  --FHR 3249 CB | A | Interest | J | T | | | | | |
| 877.  -Mutual Funds: | | | | | | | | | |
| 878.  --Invesco Equal Wghtd S&P 500 C | B | Distribution | L | T | | | | | |
| 879.  --Oppenheimer SR Floating Rate | C | Dividend | M | T | | | | | |
| 880.  --Principal GLB Divers Inc | C | Dividend | M | T | | | | | |
| 881.  -Equity Trusts | | | | | | | | | |
| 882.  --Unit First Trust Target Global Dividend Leaders 1Q 2016 | A | Dividend | | | Sold | 03/02/17 | L | D | |
| 883.  --Unit First Trust Target Global Divdend Leaders 3rd Atr 16 | A | Dividend | | | Sold | 08/25/17 | K | A | |
| 884.  -AIP Glbl L/S P Hedge Fund | | None | | | Sold | 03/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  --Unit First Trust Target Global Dividend Leaders 1Q 2017 | B | Dividend | L | T | Buy | 03/02/17 | L | | |
| 886.  --Unit First Trust Target Global Dividend Leaders 3Q 2017 | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 887. | | | | | Sold (part) | 12/25/17 | J | A | |
| 888.  TRUST #8 (MS Brokerage Account ) (H) | | | | | | | | | |
| 889.  -MS Bank Account | A | Interest | K | T | | | | | |
| 890.  -Wells Fargo & Co New Common Stock | A | Dividend | K | T | | | | | |
| 891.  -Deutsche GLB Infrastructure C Mutual Fund | A | Dividend | K | T | | | | | |
| 892.  -John Hancock Intl Growth C Mutual Fund | | None | K | T | | | | | |
| 893.  -MSIF Global Opportunity PTF A Mutual Func | A | Distribution | L | T | Buy | 09/18/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**  | Name of Person Reporting | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544